IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANTHONY L. EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>PAMELA LOFGREEN et al.,<br><br>        Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:17-CV-1198-DAK<br><br>District Judge Dale A. Kimball |

In an Order dated November 21, 2017, the Court required Plaintiff to within thirty days file an inmate account statement. To date, Plaintiff has not complied.. Indeed, the Court's order was returned to sender, marked, "Prisoner Released." And Plaintiff has not met the responsibility to update his address with the Court.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

DATED this 30th day of January, 2018.

                        BY THE COURT:

                        JUDGE DALE A. KIMBALL<br>
                        United States District Court